**Kevin TOOGOOD, Respondent,**

v.

**OWEN J. ROGAL, D.D.S., P.C. and Owen J. Rogal, D.D.S., Individually and Both d/b/a the Pain Center and Hrant Stone, M.D., by Thomas Stone, Executor of the Estate of Hrant Stone, M.D., Petitioners.**

Supreme Court of Pennsylvania.

March 19, 2002.

## ORDER

PER CURIAM.

**AND NOW,** this 19th day of March, 2002, appeal is allowed, limited to the question of whether the trial court erred in failing to grant Petitioner's motions for nonsuit and/or directed verdict based upon the absence of expert liability evidence to establish medical malpractice.

■

**Robert A. EDWARDS, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, Board of Probation and Parole, Appellee.**

Supreme Court of Pennsylvania.

March 20, 2002.

## ORDER

PER CURIAM.

**AND NOW,** this 20th day of March, 2002, the order of the Commonwealth Court is hereby AFFIRMED.